# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-3804

USA v. Kaboni Savage

(U.S. District Court No.: 2:07-cr-00550-003)

## ORDER

It appearing that Kaboni Savage having satisfied the Court that he/she is financially unable to obtain representation by counsel, it is

O R D E R E D that the Federal Public Defender Organization for the Eastern District of Pennsylvania is hereby appointed pursuant to Title 18 U.S.C. Section 3006A(a) to represent Kaboni Savage in the above-captioned matter. This appointment will remain in effect until termination of this case or substitute counsel is appointed.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 12, 2026
EMB/cc: Bridget L. Kennedy, Esq.
Ryan Norwood, Esq.
Natalie Olmstead, Esq.
David E. Troyer, Esq.