OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 16, 2026

Bridget L. Kennedy, Esq.
Office of Federal Public Defender
Southern District of Ohio
10 W Broad Street
Suite 1020
Columbus, OH 43215

Ryan Norwood, Esq.
Office of Federal Public Defender
411 E Bonnevile Road
Suite 250
Las Vegas, NV 89101

Natalie Olmstead, Esq.
Office of Federal Public Defender
Southern District of Ohio
10 W Broad Street
Suite 1020
Columbus, OH 43215

RE: USA v. Kaboni Savage
Case Number: 26-3804
District Court Case Number: 2:07-cr-00550-003

Dear Counsel:

A notice of appeal has been filed from the final order of the District Court denying a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. Section 2255, or a related motion filed pursuant to Fed. R. Civ. P. 60(b). An appeal from such an order may not proceed to consideration of the merits unless a "circuit justice or judge" grants a certificate of appealability. 28 U.S.C. Section 2253. The Court's procedure regarding certificates of appealability are set forth at **Third Circuit Local Appellate Rules (3rd Cir. LAR 22.1, 22.2, and 22.3**).

The Court will also consider possible summary action pursuant to Chapter 10.6 of the Internal Operating Procedures of the United States Court of Appeals for the Third Circuit. See also Third Circuit Local Appellate Rule 27.4. Chapter 10.6 provides that Court sua sponte (by its own action) may take summary action on an appeal if it appears that no substantial question is presented or that subsequent precedent or a change in circumstances warrants such action. Specifically, the Court may affirm, reverse, vacate, modify, or remand the judgment or order appealed.

Appellant may file an application for a certificate of appealability within twenty-one (21) days of the date of this letter, if such an application has not already been filed. If appellant does not file an application for a certificate of appealability, appellant's notice of appeal will be deemed to be such an application and will be submitted by the Clerk of this Court to a panel of the Court for consideration. Any response in opposition to issuance of a certificate of appealability must be filed no later than fourteen (14) days after service of appellant's application or, if no formal application is filed, within thirty-five (35) days of the date of this letter. Appellant may file a reply no later than ten (10) days after service of any response in opposition to issuance of a certificate of appealability. This same schedule will govern the parties' response to the summary action listing. The Court will carefully review the District Court record, along with any written submissions received from the parties.

Issuance of the briefing schedule will be stayed pending action by the Court. If the Court declines to take summary action or grants the application for a certificate of appealability, the Clerk will issue a briefing schedule. The appeal will be heard on the original record. 3rd Cir. LAR 30.2 If the appeal is indigent and the Court grants an application for a certificate of appealability, counsel will be appointed on behalf of the appellant under the Criminal Justice Act, unless the Court instructs otherwise. 18 U.S.C. Section 3006A(a)(2)(B): IOP 10.3.2.

If the Court denies the request for a certificate of appealability or takes summary action, appellant may seek review in the United States Supreme Court by filing a petition for writ of certiorari. Contact the Supreme Court at 1 First Street, N.E., Washington, D.C. 20543 (phone 202-479-3000) for information on filing a petition for writ of certiorari.

The parties will be advised of any Order issued in this matter.

Very truly yours,

*s/ Patricia S. Dodszuweit*
Clerk

By: Zipporah
Zipporah, Administrative Assistant

ZM/cc: David E. Troyer, Esq.